# EXHIBIT E

# CLYDE&CO

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
United States

Telephone: +1 305 446 2646
Facsimile: +1 305 441 2374

www.clydeco.com
email: holly.harvey@clydeco.us
Direct Line: 305 329 1792
Mobile: 305 798 4050

August 22, 2016

*Via e-mail to: barnettch@gtlaw.com*
*and Certified Mail Return Receipt*
*Request No. 7013 1090 0001 0335 0357*

Christopher L. Barnett, Esq.
Greenberg Traurig, P.A.
333 Southeast Second Avenue, #4400
Miami, Florida 33131

Re: *Oasis Tower Two Condominium Assoc., Inc. v. TRG Oasis (Tower Two), Ltd., Wolfberg/Alvarez and Partners, Inc., CHM Structural Engineers, LLC, BBL-Florida, LLC, Construction Services, LLC*
Lee County, Florida, Circuit Court Case No. 13 CA 000027
Named Insured: MCW Acquisitions, LLC d/b/a Metro Caulking & Waterproofing
Crum & Forster Specialty Policy Nos. GLO 101199 (3/13/2007 – 3/13/2008)
GLO 121015 (3/13/2008 – 3/13/2009)
GLO 141137 (3/13/2009 – 3/13/2010)
GLO 191044 (3/13/2010 – 3/13/2011)
GLO 211393 (3/13/2011 – 3/13/2012)
Additional Insured Claimant: TRG Oasis (Tower Two), Ltd.
Claim No. CG32246
TDF File No. 64-434

Dear Mr. Barnett:

The undersigned represent Crum & Forster Specialty Insurance Company ("Crum & Forster Specialty"), which issued the above-captioned policies to MCW Acquisitions, LLC d/b/a Metro Caulking & Waterproofing ("Metro Caulking"). We are writing to you in your capacity as counsel for TRG Oasis (Tower Two), Ltd. ("TRG Oasis") and in response to your tender on TRG Oasis' behalf for additional insured coverage against the above-referenced matter and your request for certified copies of the above-captioned policies. Copies of the policies will be sent to you under separate cover.

The purpose of this letter is two-fold. The first purpose is to advise TRG Oasis of Crum & Forster Specialty's reservation of rights under policy numbers GLO 101199 and GLO 121015. The second purpose is to advise TRG Oasis that policy numbers GLO 141137, GLO 191044, and GLO 211393 afford no coverage to TRG Oasis for the above-captioned claim.

Crum & Forster Specialty's investigation indicates that on June 14, 2006, Metro Caulking entered into a subcontract with BBL-Florida, Inc. ("BBL") to perform caulking and

Christopher L. Barnett, Esq.
August 22, 2016
Page 2



waterproofing work at the Oasis Tower Two Condominium ("project"), which is located in Ft. Myers, Florida. The project is a 32-story tower consisting of a parking garage on the first and second floor levels, with the remaining levels encompassing 250 residential units. It is a CMU structure. The City of Ft. Myers appears to have issued the initial building permit for the project on November 10, 2005 and the certificate of occupancy on July 31, 2008. Change orders provided by BBL indicate that Metro Caulking performed work at the project until July 11, 2008.

On June 19, 2012, the Oasis Tower Two Condominium Association, Inc. ("Association") issued a Chapter 558 notice to BBL, which enclosed a "Property Condition Assessment" report issued by The Wolf Group for the Association ("Wolf report"). On June 21, 2012, the Association issued a second Chapter 558 notice to TRG Oasis, the structural engineer, BBL, and the architect regarding emergency stucco repairs.

On January 4, 2013, the Association filed a complaint against TRG Oasis, the architect, the structural engineer, and BBL. On June 16, 2013, the Association filed an amended complaint, and on March 3, 2015, it filed a second amended complaint, which names the following entities as defendants: TRG Oasis, the architect, the structural engineer, BBL Construction Services, LLC, BBL, the plumbing subcontractor, Metro Caulking, the electrical subcontractor, the stucco subcontractor, and the interior designer.

Metro Caulking's scope of work at the project appears to have included the following:

- Install waterproofing systems and expansion joints;
- Detail, seal, and make watertight all items projecting through membrane, reinforce membrane over joints, and install protection board in proper sequence and position;
- Seal cracks and joints with recommended material and sealant;
- Furnish and install waterproof system including protection board at elevator pits;
- Furnish and install waterproof membrane at pool deck per detail;
- Furnish and install concrete floor sealer at exposed concrete locations;
- Furnish and install liquid applied waterproofing;
- Furnish and install continuous sealant at sliding glass door cuff and perimeter and CMU walls at all balconies;
- Caulk louvers and vents;
- Waterproof planter walls and floors; and
- Caulk all aluminum scuppers.

The subcontract between Metro Caulking and BBL contains the following relevant insurance requirements:

Christopher L. Barnett, Esq.
August 22, 2016
Page 3



### 8. INSURANCE

8.1 The Subcontractor shall purchase from and maintain in a company or companies licensed to do business in the jurisdiction in which the Project is located such insurance as will protect BBL, the Owner, and their agents from claims which may arise out of or result from the subcontractor's operations under the AGREEMENT, and for which BBL, the Owner, and their agents may be held liable, whether such operations by the Owner, BBL, Subcontractor or by anyone directly or indirectly employed by them or subcontracted with or by anyone for whose acts any of them may be liable. Annexed hereto as Exhibit 5 is a schedule of the types of insurance and minimum amounts required to be purchased and maintained by the Subcontractor throughout its work on the Project.

8.2 The insurance required pursuant to this Section shall be written for not less than the limits specified by Exhibit 5 or required by law, whichever is greater. Coverages shall be maintained without interruption throughout the Subcontractor's work on the Project. BBL shall be given thirty (30) day's prior written notice via certified mail of cancellation, reduction, or non-renewal on any policy of insurance required by the AGREEMENT.

8.3 The Subcontractor shall deliver certificates of insurance evidencing the insurance coverages required by this Section prior to commencing work on the Project and within forty-eight (48) hours after demand by BBL at any time during the Project. The certificates of insurance shall name BBL-Florida, LLC, the Owner and Lender as additional insureds. The certificates shall state, 'any liability insurance coverage maintained by Owner and/or BBL which may be subject to claims arising out of the Subcontractor's work shall be excess beyond the coverage provided in the policies referred to herein.' Further, Subcontractor shall provide Contractor a copy of any insurance policy required to be maintained by the Subcontractor hereunder, upon demand by Contractor.

Exhibit 5 to the subcontract is a sample certificate of insurance. Text inside a box titled "Description of Operations/Locations/Vehicles/Exclusions Added by Endorsement/Special Provisions" states as follows:

General Liability . . . BBL Florida and (TRG Oasis (Tower Two), Ltd., a FL limited partnership) or any other party as required by subcontract are Additional Insureds. Liability Insurances maintained by BBL Florida LLC and Owner shall be Excess to coverages Certified above (Attach Form) (30) Day Notification Included for any policy change or Non Renewal to Certificate Holder via Certified Mail/Registered Mail.

Christopher L. Barnett, Esq.
August 22, 2016
Page 4



The Association's second amended complaint ("complaint") generally alleges that on or about January 31, 2011, the Developer relinquished its control of the condominium to Lofton Island Holdings, LLLP ("Lofton") and that it is Lofton who controls the Association.

The Association's complaint states that after TRG Oasis' relinquishment of the project "and after units were sold and occupied by the Condominium's unit owners, certain defects and deficiencies were observed." It generally alleges that "improper design and/or construction" has caused numerous defects. Those defects that appear potentially related to caulking and waterproofing work are as follows:

- Failing joints between the masonry infill walls and the case in place concrete columns at the north wall of the building;
- Water leaks in the parking garage at expansion joints and in the crawl space and townhome units located below the pool deck;
- Discrepancies between construction plans and actual installation of components, including, but not limited to, the waterproofing and the topping slab of the pool deck and the waterproofing membrane of the balcony slabs;
- Failure to adequately design, detail, and install waterproofing (for example, waterproofing was applied thinner than specified in the plans and specifications, without proper lapping, not at the manufacturer's recommended rate and/or not applied at all);
- Moisture intrusion, including, but not limited to, into the stair towers;
- Extensive water intrusion into the egress stair towers located at the pool plaza level;
- Insufficient and failing waterproofing material at the pool plaza;
- Waterproofing membrane terminating at line of stucco at the pool plaza; and
- Improperly lapped waterproofing material at the pool plaza.

The Association asserts claims against TRG Oasis for breach of statutory implied warranties pursuant to Florida Statute Section 718.203 (Count I) and violation of Florida Statute Section 553.84 (Count II).

The Association hired The Wolf Group ("Wolf") to inspect the project's exterior envelope. In June 2012, Wolf issued a 32-page written report plus 28 pages of photographs, which record Wolf's findings during inspections that took place on May 16, 17, and 18, 2012. The Wolf report provides commentary on the project's foundation, framing system, floor structure, roof structure, termite treatment, roofing and moisture control, exterior walls, exterior wall features, exterior balconies and open air corridors, thermal insulation and vapor retarders, windows, and exterior doors and frames.

Crum & Forster Specialty issued five commercial general liability policies to MCW Acquisitions, LLC d/b/a Metro Caulking & Waterproofing. The policies are as follows: GLO 101199 (3/13/2007 – 3/13/2008), GLO 121015 (3/13/2008 – 3/13/2009), GLO 141137

Christopher L. Barnett, Esq.
August 22, 2016
Page 5



(3/13/2009 – 3/13/2010), GLO 191044 (3/13/2010 – 3/13/2011), and GLO 211393 (3/13/2011 – 3/13/2012). Each policy has a $1 million per occurrence limit, a $2 million products/completed operations aggregate, and a $2 million general aggregate. The first policy has a $7,500 per claim deductible. The remaining policies have $5,000 per claim deductibles.

As an initial matter, the introduction to the policies' insurance coverage form (CG 00 01 12 04) states the following: "Throughout this policy, the words 'you' and 'your' refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy." Metro Caulking is the Named Insured under the policies.

All five policies contain the same two contain the same two additional insured endorsements. The first endorsement is an "Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization" endorsement (form CG 20 10 07 04), which states as follows:

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Locations |
|---|---|
| As Required By Written Contract | As Required By Written Contract |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for 'bodily injury', 'property damage' or 'personal and advertising injury' caused, in whole or in part, by:
 1. Your acts or omissions; or

 2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

Christopher L. Barnett, Esq.  
August 22, 2016  
Page 6



    **B.**    With respect to the insurance afforded to these additional insureds, the following exclusion is added:

This insurance does not apply to 'bodily injury' or 'property damage' occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of 'your work' out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

The second endorsement is an "Additional Insured – Owners, Lessees Or Contractors – Completed Operations" endorsement (form CG 20 37 07 04), which states as follows:

**ADDITIONAL INSURED – OWNERS, LESSEES OR**  
**CONTRACTORS – COMPLETED OPERATIONS**

This Endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description of Completed Operations |
|---|---|
| AS REQUIRED BY WRITTEN CONTRACT | AS REQUIRED BY WRITTEN CONTRACT |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for 'bodily injury' or 'property damage' caused, in whole or in part, by 'your work' at the location designated and described in the schedule of this

Christopher L. Barnett, Esq.
August 22, 2016
Page 7



endorsement performed for that additional insured and included in the 'products-completed operations hazard'.

The above-quoted endorsements provide additional insured coverage "as required by written contract." The subcontract between BBL and Metro Caulking required Metro Caulking to provide TRG Oasis with additional insured coverage "without interruption throughout the Subcontractor's work on the Project." Therefore, TRG Oasis qualifies as an additional insured for "property damage" caused, in whole or part, in the performance of Metro Caulking's ongoing operations but not for "property damage" that occurs after Metro Caulking completed its operations.

Construction of the project was completed on July 31, 2008. Accordingly, Crum & Forster Specialty has determined that the policies issued after July 31, 2008, policy numbers GLO 141137 (3/13/2009 – 3/13/2010), GLO 191044 (3/13/2010 – 3/13/2011), and GLO 211393 (3/13/2011 – 3/13/2012), necessarily provide no coverage to TRG Oasis for the above-referenced claim.

The insuring agreement in Coverage part A of the policies'[1] commercial general liability coverage form (CG 00 01 12 04) states, in pertinent part, as follows:

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  Insuring Agreement.

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies. We will have the right and duty to defend the insured against any 'suit' seeking those damages. However, we will have no duty to defend the insured against any 'suit' seeking damages for 'bodily injury' or 'property damage' to which this insurance does not apply. . . .

    \* \* \*

    b.  This insurance applies to 'bodily injury' and 'property damage' only if:
        (1)  The 'bodily injury' or 'property damage' is caused by an 'occurrence' that takes place in the 'coverage territory';

---

[1] The term "policies" from this point forward refer to policy numbers GLO 101199 and GLO 121015.

Christopher L. Barnett, Esq.
August 22, 2016
Page 8



 (2) The 'bodily injury' or 'property damage' occurs during the policy period; and

 (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, knew that the 'bodily injury' or 'property damage' had occurred, in whole or in part. If such a listed insured or authorized 'employee' knew, prior to the policy period, that the 'bodily injury' or 'property damage' occurred, then any continuation, change or resumption of such 'bodily injury' or property damage' during or after the policy period will be deemed to have been known prior to the policy period.

 c. 'Bodily injury' or 'property damage' which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, includes any continuation, change or resumption of that 'bodily injury' or 'property damage' after the end of the policy period.

The coverage forms define "property damage" as:

 a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the 'occurrence' that caused it.

The coverage forms further define the term "occurrence" as "an accident, including continuous or repeated exposure to substantially the same general harmful conditions."

To the extent that the damages alleged against TRG Oasis do not constitute "property damage" resulting from Metro Caulking's ongoing operations, did not take place during the policy periods, were not caused by an "occurrence," or were known by any insured to have occurred, in whole or in part, prior to the policy periods, they may not fall within the insuring agreement of coverage part A. Crum & Forster Specialty reserves all of its rights and defenses under the above-quoted policy language.

Christopher L. Barnett, Esq.
August 22, 2016
Page 9



      We further call your attention to certain pertinent exclusions contained in the policies' coverage form. These provide that the insurance does not apply to the following:

    a.    Expected Or Intended Injury

         'Bodily injury' or 'property damage' expected or intended from the standpoint of the insured. This exclusion does not apply to 'bodily injury' resulting from the use of reasonable force to protect persons or property.

    b.    Contractual Liability

         'Bodily injury' or 'property damage' for which the insured is obligated to pay damages by reason of assumption of liability in a contract or agreement. . . .

                          \* \* \*

    k.    Damage to Your Product Exclusion

         'Property damage' to 'your product' arising out of it or any part of it.

    l.    Damage to Your Work

         'Property damage' to 'your work' arising out of it or any part of it and included in the 'products-completed operations hazard'.

         This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

    m.    Damage to Impaired Property or Property Not Physically Injured
         'Property damage' to 'impaired property' or property that has not been physically injured; arising out of:

        (1)    A defect, deficiency, inadequacy or dangerous condition in 'your product' or 'your work'; or

        (2)    A delay or failure by your or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.
            This exclusion does not apply to the loss of use of other property arising out of sudden or accidental physical injury to 'your product' or 'your work' after it has been put to its intended use.

    n.    Recall of Products, Work or Impaired Property

Christopher L. Barnett, Esq.
August 22, 2016
Page 10



> Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:
>
> (1)   'Your product';
>
> (2)   'Your work'; or
>
> (3)   'Impaired property';
>
> If such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

The policies also contain the following relevant definitions:

> 8.   'Impaired property' means tangible property, other than 'your product' or 'your work', that cannot be used or is less useful because:
>
>> a.   It incorporates 'your product' or 'your work' that is known or thought to be defective, deficient, inadequate or dangerous; or
>>
>> b.   You have failed to fulfill the terms of a contract or agreement;
>
> if such property can be restored to use by:
>
>> a.   The repair, replacement, adjustment or removal of 'your product' or 'your work', or
>>
>> b.   Your fulfilling the terms of the contract or agreement.
>
> * * *
>
> 16.   'Products-completed operations hazard':
>> a.   Includes all 'bodily injury' and property damage' occurring away from premises you own or rent and arising out of 'your product' or 'your work' except:
>>
>>> (1)   Products that are still in your physical possession; or
>>>
>>> (2)   Work that has not yet been completed or abandoned. However, 'your work' will be deemed completed at the earliest of the following times:

Christopher L. Barnett, Esq.
August 22, 2016
Page 11



      (a)    When all of the work called for in your contract has been completed.

      (b)    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c)    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

* * *

22.    'Your work':

    a.    Means:

        (1)    Work or operations performed by you or on your behalf; and

        (2)    Materials, parts or equipment furnished in connection with such work or operations.

    b.    Includes:
        (1)    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of 'your work; and
        (2)    The providing of or failure to provide warnings or instructions.

The policies also contain a "Continuous or Progressive Injury and Damage Exclusion" endorsement (form CFSGL 163 (0405)), which states in relevant part, as follows:

**CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE EXCLUSION**

This endorsement modifies insurance provided under the following:

Christopher L. Barnett, Esq.
August 22, 2016
Page 12



**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In consideration of the premium charged, it is hereby understood and agreed that this insurance does not apply to 'bodily injury' or 'property damage' which has first occurred, or alleged to have first existed, or begun to occur prior to the effective date of this policy, regardless of whether:

(1) such 'bodily injury' or 'property damage' continues to occur, for any reason, on or after the effective date of this policy; and/or,

(2) repeated or continued exposure to conditions, which caused such 'bodily injury' or 'property damage', occurs on or after the effective date of this policy, and causes additional, progressive or further 'bodily injury' or 'property damage'.

This exclusion applies whether or not the insured's legal obligation to pay damages has been established as of the effective date of this policy.

The policies include a "Fungi or Bacteria Exclusion" endorsement (form CG 21 67 04 02), which states as follows:

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage A-Bodily Injury And Property Damage Liability:**

2. **Exclusions**

This insurance does not apply to:
**Fungi or Bacteria**

a. 'Bodily injury' or 'property damage' which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact

Christopher L. Barnett, Esq.
August 22, 2016
Page 13



      with, exposure to, existence of, or presence of, any 'fungi' or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

    **b.**    Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, 'fungi' or bacteria, by any insured or by any other person or entity.

    This exclusion does not apply to any 'fungi' or bacteria that are, are on, or are contained in, a good or product intended for consumption.

* * *

    **C.**    The following definition is added to the Definitions Section:

    'Fungi' means any type of form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

The policies also have an "Exclusion – Contractors – Professional Liability" endorsement (form CG 22 79 07 98), which states as follows:

**EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

    **1.**    This insurance does not apply to 'bodily injury', 'property damage' or 'personal and advertising injury' arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

Christopher L. Barnett, Esq.
August 22, 2016
Page 14



      **a.**    Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

      **b.**    Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

**2.**    Subject to Paragraph **3.** below, professional services include:

      **a.**    Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

      **b.**    Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.**    Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

Additionally, the policies contain an "EIFS/DEFS Exclusion" endorsement (form CFSGL 216), which provides as follows:

**EIFS/DEFS EXCLUSION**

This insurance does not apply to 'Bodily Injury', 'Property Damage', 'Personal Injury' or 'Advertising Injury' arising directly or indirectly out of 'your EIFS/DEFS product' or 'your EIFS/DEFS work' as defined below.

'Your EIFS/DEFS product' means:

The following goods or products manufactured, sold, handled, distributed or disposed of by you, others trading under your name, or by any other or person or entity directly or indirectly for you or on your behalf:

1.    'Exterior insulation and finish system', defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

      a.    rigid or semi-rigid insulation board made of expanded polystyrene or other materials; and

Christopher L. Barnett, Esq.
August 22, 2016
Page 15



      b.    the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate; and

      c.    a reinforced base coat, or base coat and mesh; and

      d.    a finish coat, providing a surface texture, to which coat color may be added.

2.    'Direct exterior finish system', defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

      a.    sheathing applied to a structure's framing or substrate; and

      b.    a reinforced base coat; or base coat and mesh; and

      c.    a finish coat providing surface texture, to which coat color may be added.

'Your EIFS/DEFS product' includes:

      i.    Warranties or representations made at any time with respect to the fitness, quality, durability, performance of 'your product'; and,

      ii.    The providing of or failure to provide warnings or instructions.
'Your EIFS/DEFS work' means:

The following work or operations performed by you or by any person or entity working directly or indirectly for you or on your behalf:

1.    The design, manufacture, construction, fabrication, preparation, installation, application, maintenance, repair, including remodeling, service, correction or replacement of an 'exterior insulation and finish system', or a 'direct exterior finish system', or any part of either system, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashing, coatings, caulkings or sealants in connection with such a system.

2.    Any work or operations with respect to any exterior component, fixture or feature of any structure if an 'exterior insulation finish system' or a 'direct exterior finish system' is used on any part of that structure.

To the extent any of the damages alleged fall within the above-quoted exclusions and definitions, it is Crum & Forster Specialty's determination that they are precluded from coverage

Christopher L. Barnett, Esq.
August 22, 2016
Page 16



under the policies. Crum & Forster Specialty therefore reserves all of its rights and defenses in connection with the above-quoted policy language.

Crum & Forster Specialty will agree to defend TRG Oasis as an additional insured to all asserted claims under policy numbers GLO 101199 and GLO 121015 and will contact TRG Oasis shortly regarding appointment of counsel. Crum & Forster Specialty will continue to investigate and monitor this matter and requests your assistance in providing any information it may request. Crum & Forster Specialty further reserves the right to apportion and allocate defense fees and costs with all other available insurance.

In offering a defense under a reservation of rights, Crum & Forster Specialty does not in any way waive, invalidate, or forfeit any of the terms, conditions, or requirements of the policy. No acts of Crum & Forster Specialty by way of such defense or continued investigation are an admission of liability under any policy. In addition, Crum & Forster reserves all of its rights and defenses under all policy language, including the right to seek declaratory relief, if warranted, and the right to withdraw from the defense with due notice if it learns that the policies provide no coverage for the claims asserted.

Crum & Forster Specialty recognizes that despite its reasonable investigation, it may not be aware of all the facts or documentation at your disposal. Accordingly, if you disagree with any of the facts stated herein or if you believe we are in need of additional facts, please provide the additional information or documentation to the undersigned and it will be duly considered. Please contact the undersigned should you have any questions about this letter.

Very truly yours,

**HOLLY S. HARVEY**
**JESSICA S. FORBES**

HSH/JSF/men

cc:   Corinne Duym, Crum & Forster