United States District Court
for the
Southern District of Florida

| | |
|---|---|
| TRG Oasis (Tower One), Ltd. and others, Plaintiffs, <br><br> v. <br><br> Crum & Forster Specialty Insurance Company, Defendant. | Civil Action No. 22-21346-Civ-Scola |

### **Order Adopting the Magistrate's Report and Recommendations**

This matter was referred to United States Magistrate Judge Goodman for a report and recommendation on the Plaintiff's motion to strike affirmative defenses filed by Defendant Cum & Forster Specialty Insurance Company. (ECF No. 20.) On September 14, 2022, Judge Goodman issued a report, recommending that the Court deny the motion. (Report & Recommendations, ECF No. 34.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation (ECF No. 34). The Court **denies** the Plaintiff's motion to strike the affirmative defenses (**ECF No. 20**.)

**Done and ordered** in Miami, Florida, on September 29, 2022.

_____
Robert N. Scola, Jr.
United States District Judge