UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TRG OASIS (TOWER ONE), LTD.
TRG OASIS (TOWER TWO), LTD.
THE RELATED GROUP
THE RELATED GROUP OF FLORIDA
THE RELATED GROUP, GP
THE RELATED GROUP OF FLORIDA, GP       CASE NO.: 22-21346-CIV-SCOLA
RELATED FLORIDA, LTD.
RELATED FLORIDA, INC.
RELATED GENERAL OF FLORIDA, LTD.
RELATED FLORIDA, LLC
PEREZ ROSS HOLDINGS, LLC
RELATED GENERAL OF FLORIDA, LLC
TRG FT. MYERS, INC.
JORGE PEREZ, AN INDIVIDUAL

      Plaintiffs,

v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, TRG Oasis (Tower One), Ltd., TRG Oasis (Tower Two), Ltd., The Related

Group, The Related Group of Florida, The Related Group, GP, The Related Group of Florida, GP,

Related Florida, Ltd., Related Florida, Inc., Related General of Florida, Ltd., Related Florida, LLC,

Perez Ross Holdings, LLC, Related General of Florida, LLC, TRG Ft. Myers, Inc., and Jorge Perez

(collectively, the "TRG Insureds"), and Defendant, Crum & Forster Specialty Insurance

Company's ("Crum"), jointly notify the Court that, on March 10, 2023, the parties have reached a

settlement of all claims asserted in this lawsuit. The parties are in the process of finalizing a written

settlement agreement, and plan to file the appropriate dismissal paperwork within 45 days of the

date of this notice. Thus, the parties request that the Court stay all pending deadlines and hearings

to give the parties an opportunity to finalize the written settlement agreement.

Dated this 10th day of March, 2023.


  Respectfully submitted,


| HINSHAW & CULBERTSON LLP | HUNTON ANDREWS KURTH LLP |
|---|---|
| */s/Jorge A. Maza* | */s/Walter J. Andrews* |
| Holly S. Harvey, Esq. | Walter J. Andrews, Esq. |
| Fla. Bar No. 970190 | Florida Bar No. 84863 |
| hharvey@hinshawlaw.com | Andrea DeField |
| Jorge A. Maza, Esq. | Florida Bar No. 92344 |
| Fla. Bar No. 94882 | Yaniel Abreu |
| jmaza@hinshawlaw.com | Florida Bar No. 0113219 |
| Veronica Dossat | S. Alice Weeks |
| Florida Bar No. 1015833 | Florida Bar No. 1002667 |
| vdosat@hinshawlaw.com | 333 S.E. 2nd Ave., Suite 2400 |
| 2525 Ponce de Leon Blvd. Fourth Floor | Miami, Florida 33131 |
| Coral Gables, FL 33134 | Tel: (305) 810-2500 |
| Telephone: 305-358-7747 | Facsimile: (305) 810-2460 |
| Facsimile: 305-577-1063 | wandrews@HuntonAK.com |
| Secondary: crojas@hinshawlaw.com | adefield@HuntonAK.com |
| mnolasco@hinshawlaw.com | yabreu@HuntonAK.com |
| | aweeks@HuntonAK.com |
| *Attorneys for Defendant Crum & Forster* | |
| *Specialty Insurance Company* | *Attorneys for TRG Oasis (Tower One), Ltd.,* |
| | *TRG Oasis (Tower Two), Ltd., The Related* |
| | *Group, The Related Group of Florida, The* |
| | *Related Group, GP, The Related Group of* |
| | *Florida, GP, Related Florida, Ltd., Related* |
| | *Florida, Inc., Related General of Florida,* |
| | *Ltd., Related Florida, LLC, Perez Ross* |
| | *Holdings, LLC, Related General of Florida,* |
| | *LLC, TRG Ft. Myers, Inc., and Jorge Perez* |