UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TRG OASIS (TOWER ONE), LTD.
TRG OASIS (TOWER TWO), LTD.
THE RELATED GROUP
THE RELATED GROUP OF FLORIDA
THE RELATED GROUP, GP
THE RELATED GROUP OF FLORIDA, GP
RELATED FLORIDA, LTD.
RELATED FLORIDA, INC.                         CASE NO.: 1:22-CV-21346-RNS
RELATED GENERAL OF FLORIDA, LTD.
RELATED FLORIDA, LLC
PEREZ ROSS HOLDINGS, LLC
RELATED GENERAL OF FLORIDA, LLC
TRG FT. MYERS, INC.
JORGE PEREZ, AN INDIVIDUAL

      Plaintiffs,

v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

      Defendant.

_____/

## JOINT MOTION FOR SECOND EXTENSION OF TIME

Per Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1(a)(1)(J), TRG Oasis

(Tower One), Ltd., TRG Oasis (Tower Two), Ltd., The Related Group, The Related Group of

Florida, The Related Group, GP, The Related Group of Florida, GP, Related Florida, Ltd.,

Related Florida, Inc., Related General of Florida, Ltd., Related Florida, LLC, Perez Ross

Holdings, LLC, Related General of Florida, LLC, TRG Ft. Myers, Inc., and Jorge Perez

(collectively, the "TRG Insureds") and Defendant, Crum & Forster Specialty Insurance

Company's ("Crum"), jointly submit this motion to extend the deadline to file dismissal papers

per the Court's April 21, 2023 order [D.E. 64], and in support state:

1.      On March 10, 2023, the parties filed a Joint Notice of Settlement [D.E. 61] notifying the Court that the parties settled this case.

2.      On March 14, 2023, the Court issued an Order Administratively Closing Case upon Notice of Settlement [D.E. 62]. Per that order, the parties had to file a stipulation of dismissal under Rule 41(a)(1)(A)(ii) by April 24, 2023.

3.      On April 21, 2023, the parties filed a joint motion for extension of time [D.E. 63] asking the Court to extend the deadline to file dismissal papers.

4.      On April 24, 2023, the Court granted the parties' motion for extension of time, setting May 24, 2023 as the deadline for the parties to file the appropriate dismissal papers.

5.      The parties have been working diligently to finalize, and have now agreed, to the final language of the draft settlement agreement. However, despite the parties' best efforts, the parties anticipate needing some additional time to fully execute the settlement agreement and effectuate payment of the settlement funds.

6.      Thus, out of an abundance of caution, the parties request an additional 30 days, until **June 23, 2023**, to file the dismissal papers set forth in the Court's March 14 Order.

7.      The parties make this request for good cause and in good faith and not for the purpose of undue delay. The Court has broad discretion to grant this extension. *See*, *e.g.*, *Kluge v. Smukler Services, Inc.*, 12-62106-CIV, 2013 WL 6169214, at *2 (S.D. Fla. Nov. 20, 2013) (explaining that "district courts 'enjoy broad discretion in deciding how best to manage the cases before them"); *Kane v. Eli Lilly and Co.*, 8:19-CV-2698-T-60JSS, 2021 WL 2934532, at *1 (M.D. Fla. Jan. 4, 2021) (granting extension of time and explaining that courts "enjoy broad discretion in deciding how to best manage the cases before them.") (internal citations omitted).

8.      The parties conferred before filing this motion and agree to the relief requested in this motion.

9.      A proposed order granting this motion is attached for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| HINSHAW & CULBERTSON LLP | HUNTON ANDREWS KURTH LLP |
| | |
| /s/Jorge A. Maza | /s/Walter J. Andrews |
| Holly S. Harvey, Esq. | Walter J. Andrews, Esq. |
| Fla. Bar No. 970190 | Florida Bar No. 84863 |
| hharvey@hinshawlaw.com | Andrea DeField |
| Jorge A. Maza, Esq. | Florida Bar No. 92344 |
| Fla. Bar No. 94882 | Yaniel Abreu |
| jmaza@hinshawlaw.com | Florida Bar No. 0113219 |
| Veronica Dossat | S. Alice Weeks |
| Florida Bar No. 1015833 | Florida Bar No. 1002667 |
| vdosat@hinshawlaw.com | 333 S.E. 2nd Ave., Suite 2400 |
| 2525 Ponce de Leon Blvd. Fourth Floor | Miami, Florida 33131 |
| Coral Gables, FL 33134 | Tel: (305) 810-2500 |
| Telephone: 305-358-7747 | Facsimile: (305) 810-2460 |
| Facsimile: 305-577-1063 | wandrews@HuntonAK.com |
| Secondary: crojas@hinshawlaw.com | adefield@HuntonAK.com |
| mnolasco@hinshawlaw.com | yabreu@HuntonAK.com |
| | aweeks@HuntonAK.com |
| | |
| *Attorneys for Defendant Crum & Forster* | |
| *Specialty Insurance Company* | *Attorneys for TRG Oasis (Tower One), Ltd.,* |
| | *TRG Oasis (Tower Two), Ltd., The Related* |
| | *Group, The Related Group of Florida, The* |
| | *Related Group, GP, The Related Group of* |
| | *Florida, GP, Related Florida, Ltd., Related* |
| | *Florida, Inc., Related General of Florida,* |
| | *Ltd., Related Florida, LLC, Perez Ross* |
| | *Holdings, LLC, Related General of Florida,* |
| | *LLC, TRG Ft. Myers, Inc., and Jorge Perez* |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 23, 2023, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system. The undersigned further certifies that the foregoing document

is being served on all counsel of record via Notices of Electronic Filing generated by CM/ECF.


By /s/*Walter J. Andrews*
Walter J. Andrews