UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TRG OASIS (TOWER ONE), LTD.
TRG OASIS (TOWER TWO), LTD.
THE RELATED GROUP
THE RELATED GROUP OF FLORIDA
THE RELATED GROUP, GP
THE RELATED GROUP OF FLORIDA, GP
RELATED FLORIDA, LTD.
RELATED FLORIDA, INC.                                CASE NO.: 1:22-CV-21346-RNS
RELATED GENERAL OF FLORIDA, LTD.
RELATED FLORIDA, LLC
PEREZ ROSS HOLDINGS, LLC
RELATED GENERAL OF FLORIDA, LLC
TRG FT. MYERS, INC.
JORGE PEREZ, AN INDIVIDUAL

    Plaintiffs,

v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant stipulate to the dismissal, with prejudice, of all claims asserted in this action. Each party shall bear its own costs and attorneys' fees. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Respectfully submitted,

| HINSHAW & CULBERTSON LLP | HUNTON ANDREWS KURTH LLP |
|---|---|
| */s/ Jorge A. Maza* | */s/ Walter J. Andrews* |
| Holly S. Harvey, Esq. | Walter J. Andrews, Esq. |
| Fla. Bar No. 970190 | Florida Bar No. 84863 |
| hharvey@hinshawlaw.com | Andrea DeField |
| Jorge A. Maza, Esq. | Florida Bar No. 92344 |
| Fla. Bar No. 94882 | Yaniel Abreu |
| jmaza@hinshawlaw.com | Florida Bar No. 0113219 |
| Veronica Dossat | S. Alice Weeks |
| Florida Bar No. 1015833 | Florida Bar No. 1002667 |
| vdosat@hinshawlaw.com | 333 S.E. 2nd Ave., Suite 2400 |
| 2525 Ponce de Leon Blvd. Fourth Floor | Miami, Florida 33131 |
| Coral Gables, FL 33134 | Tel: (305) 810-2500 |
| Telephone: 305-358-7747 | Facsimile: (305) 810-2460 |
| Facsimile: 305-577-1063 | wandrews@HuntonAK.com |
| Secondary: crojas@hinshawlaw.com | adefield@HuntonAK.com |
| mnolasco@hinshawlaw.com | yabreu@HuntonAK.com |
| | aweeks@HuntonAK.com |
| *Attorneys for Defendant Crum & Forster Specialty Insurance Company* | *Attorneys for TRG Oasis (Tower One), Ltd., TRG Oasis (Tower Two), Ltd., The Related Group, The Related Group of Florida, The Related Group, GP, The Related Group of Florida, GP, Related Florida, Ltd., Related Florida, Inc., Related General of Florida, Ltd., Related Florida, LLC, Perez Ross Holdings, LLC, Related General of Florida, LLC, TRG Ft. Myers, Inc., and Jorge Perez* |

## CERTIFICATE OF SERVICE

I certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. The undersigned further certifies that the foregoing document is being served on all counsel of record via Notices of Electronic Filing generated by CM/ECF.

By */s/ Walter J. Andrews*
Walter J. Andrews