United States District Court
for the
Southern District of Florida

| | |
|---|---|
| TRG Oasis (Tower One), Ltd. and others, Plaintiffs, <br><br> v. <br><br> Crum & Forster Specialty Insurance Company, Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 22-21346-Civ-Scola <br> ) <br> ) <br> ) <br> ) |

### Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 65.) The Court reserves jurisdiction to enforce the parties' settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on June 23, 2023.

Robert N. Scola, Jr.
United States District Judge